No. 00–1591. RIDDLE *v.* LIZ CLAIBORNE ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–1602. SCOTT *v.* STOUT ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–1612. CARMELO TORRE *v.* OREGON. Sup. Ct. Ore. Certiorari denied.

No. 00–1633. CRAIN ET AL. *v.* UNAUTHORIZED PRACTICE OF LAW COMMITTEE FOR THE SUPREME COURT OF TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 00–1645. ROSENBLATT, AS APPLICANT FOR AVW, INC., DBA ADULT VIDEO MEGAPLEXXX *v.* CITY OF HOUSTON. Ct. App. Tex., 13th Dist. Certiorari denied.

No. 00–1646. MACELVAIN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–1647. DAHMER ET UX. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–5263. NICHOLAS, BY HIS PARENTS, NICHOLAS ET UX., ET AL. *v.* TAYLOR COUNTY BOARD OF EDUCATION ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–6212. WELLS *v.* TOWNSEND ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–6381. WILSON *v.* JAMROG ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–7100. MCCLAIN *v.* HORN ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–7967. MONTOYA *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–8374. HOUSTON *v.* SWANAGIN ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–8381. HOLMES *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.